*Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 256. CALLANAN ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Thurman Arnold, Morris A. Shenker* and *Sidney M. Glazer* for Callanan, and *Harry H. Craig* for Thompson, petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 275. ORLANDO *v.* DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Laurence Sovik* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 276. IN RE NARRAGANSETT PIER AMUSEMENT CORP. ET AL. C. A. 1st Cir. Certiorari denied. *George S. Ryan* and *Max Winograd* for petitioner. *Jacob J. Kaplan* for respondents.

No. 306. WIELAND ET AL. *v.* C. A. SWANSON & SONS. C. A. 2d Cir. Certiorari denied. *Arthur F. Driscoll* and *George A. Raftery* for petitioners. *Sumner Ford* for respondent.

No. 312. UNITED STATES *v.* OHIO POWER Co. Court of Claims. Certiorari denied. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Hilbert P. Zarky* for the United States. *J. Marvin Haynes, N. Barr Miller, F. Eberhart Haynes* and *Oscar L. Tyree* for respondent.